UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Tuong Nguyen | : | Chapter 7 |
| | : | |
| Debtor (s) | : | Case No: 19-14310ELF |

## MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Tuong Nguyen, hereinafter referred to as "Debtor" moves this Honorable Court for an Order allowing Debtor's case to be converted from Chapter 7 to Chapter 13 and aver the following:

1.  Debtor filed for relief under Chapter 7 of the Bankruptcy code on July 8th, 2019.

2.  Subsequently, the Debtor's continue 341 Meeting of Creditors was concluded on September 12th, 2019.

3.  On or about October 10th, 2019, an Adversary Proceeding and Complaint were filed by the United States Trustee, pursuant to 11 U.S.C. Section 727.

4.  By and through Debtor's Counsel, a stipulated agreement was reached to allow the Debtor to proceed in this case under Chapter 13 of the Bankruptcy Code.  See Stipulation and Agreement marked as "**Exhibit A.**"

5.  Debtor shall additionally file a Chapter 13 Plan, and the necessary Amended Schedules to proceed under Chapter 13 of the Bankruptcy Code.

WHEREFORE, the Debtor requests an Order allowing his case to be converted from Chapter 7 to Chapter 13 Bankruptcy.


Dated: December 18, 2019

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107